

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                                                                          312-435-5670
Clerk

1/9/20

Re: Hart v. National Collegiate Athletic Association
USDC Number: 1:19-cv-04596

MDL Number: 2492

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Indiana Southern. The case number assigned to the above case is 1:20-cv-00041. Judge John Z. Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

                                                                                Sincerely,
                                                                                Thomas G. Bruton, Clerk

                                                                                By:  /s/ Kerwin Posley
                                                                                        Deputy Clerk